# United States Bankruptcy Court
## District of Delaware

| | |
|---|---|
| In re: BROOKSTONE HOLDINGS CORP., *et al.*, Debtors. | Chapter 11 |
| | Case No.: 18-11780-BLS |
| META Advisors LLC, as Liquidating Trustee of the Brookstone Liquidating Trust, Plaintiff | (Jointly Administered) |
| v. | Adv. Proc. No.: 20-50557 |
| Healthcare Co. Ltd., Defendant. | |

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of service of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of Clerk:
824 Market Street, 3rd Floor
Wilmington, DE 19801

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney: | Name and Address of Plaintiff's Attorney: |
|---|---|
| **Primary Counsel:** | **Co-Counsel:** |
| Joseph L. Steinfeld, Jr., DC SBN 297101 | Justin Alberto, Esq. (DE No. 5126) |
| MN SBN 0266292, VA SBN 18666 | Erin R. Fay, Esq. (DE No. 5268) |
| Brigette G. McGrath, NY 4962379 | BAYARD, P.A. |
| ASK LLP | 600 North King Street, Suite 400 |
| 2600 Eagan Woods Drive, Suite 400 | Wilmington, Delaware 19801 |
| St. Paul, MN 55121 | Tel: (302) 655-5000 |
| **Telephone:** 651-289-3845 | |
| **Fax:** (651) 406-9676 | |
| **E-Mail:** bmcgrath@askllp.com | |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

Address:
824 North Market Street
Wilmington, DE 19801

Room: Courtroom No. 1
Floor: 6th Floor
Date and Time: TBD

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

United States Bankruptcy
Court for the District
of Delaware

*/s/ Una O'Boyle*
Clerk of the Bankruptcy Court

Date: October 20, 2020